UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20842-CIV-SEITZ/TURNOFF

UNITED STATES OF AMERICA
*ex rel* LAURIE ASTACIO,

      Plaintiff/Relator

vs.

FLORIDA TECHNICAL COLLEGE, INC.,
a Florida corporation, and EDUK GROUP,
INC., a Puerto Rican corporation,

      Defendants.
_____/

**FILED EX PARTE
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

## PLAINTIFF/RELATOR LAURIE ASTACIO'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EDUK GROUP

Relator/Plaintiff, Laurie Astacio, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1), hereby gives notice of her voluntary dismissal without prejudice of Defendant EduK Group, Inc., a Puerto Rican corporation ("EduK") and Counts IV, V, VII and IX of the Complaint. To the extent that the False Claims Act, 31 U.S.C. § 3730(b)(1) requires the United States of America's consent for dismissal without prejudice of Defendant EduK and Counts IV and V of the Complaint, Relator is authorized to represent that the United States does consent. Relator is informed that counsel for Defendant Florida Technical College, Inc. has represented to the United States that although Relator named as a party to the Civil Action "EduK Group, Inc., a Puerto Rican corporation", to the extent a legal entity known as EduK Group, Inc. exists, it is not an affiliate of Defendant Florida Technical College, Inc.

Relator is further informed that the United States will be filing an appropriate notice

CASE NO.: 16-20842-civ-SEITZ/TURNOFF

with the Court.

DATED: January 23, 2018

Respectfully submitted,

**MASE TINELLI MEBANE & BRIGGS, P.A.**
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: _/s/ William Seitz_
CURTIS J. MASE
Florida Bar No.: 478083
cmase@maselaw.com
WILLIAM R. SEITZ
Florida Bar No.: 73928
wseitz@maselaw.com

## CERTIFICATE OF FILING AND SERVICE

*United States of America ex rel Laurie Astacio, Plaintiff vs. Florida Technical College, Inc., a Florida corporation, and EDUK Group, Inc., a Puerto Rican corporation,*
**CASE NO.: 16-20842-CIV-SEITZ/TURNOFF**
United States District Court, Southern District of Florida

I hereby certify that on January 23, 2018, a copy of the foregoing was served on Counsel for the United States of America, by email at the following address:

**James A. Weinkle**
**Assistant United States Attorney**
**Office of United States Attorney**
99 N.E. 4th Street, Suite 300
Miami, Florida 33132

Telephone: 305.961.9290
Facsimile: 305.530.7139
Email: James.Weinkle@usdoj.gov

Counsel for United States

_/s/ William Seitz_
WILLIAM SEITZ

18888//86