UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20842-CIV-SEITZ

UNITED STATES OF AMERICA
*ex rel* LAURIE ASTACIO,

        Plaintiff/Relator

vs.

FLORIDA TECHNICAL COLLEGE, INC., a Florida corporation,

        Defendant.
_____/

## ORDER ON UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT

The United States having intervened in this action for the purpose of settlement, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), (4), the Court rules as follows:

IT IS ORDERED that:

1. The Relator's Complaint [DE-1], Relator's Motion to Seal (filed March 8, 2016) [DE-3] and any Order thereon [DE-5], Relator's Notice of Voluntary Dismissal of Defendant EduK Group, Inc. (filed January 23, 2018)[DE-25], the United States' Notice of Consent thereto (filed January 23, 2018) [DE-24], the United States' Notice of Intervention For Purposes of Settlement (filed January 24, 2018) [DE-26], and this Order be unsealed;

2. All other papers or Orders on file in this matter shall remain under seal; and

3. The seal shall be lifted on all matters occurring in this action after the date of this Order.

4. Counsel for the United States shall serve a copy of the Government's Notice of Intervention and this Order upon counsel for Defendant.

DONE AND ORDERED in Miami, Florida this 29th day of January, 2018.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record